**In the Matter of the CARE AND TREATMENT OF Wade TURPIN.**

**No. WD 64570.**

Missouri Court of Appeals, Western District.

Oct. 18, 2005.

Emmett Queener, State Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James Robert Layton and Alana M. Barragan–Scott, Office of Attorney General, Jefferson City, for respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

Wade Turpin appeals the circuit court's judgment and order following a jury trial committing him to confinement in the custody of the Department of Mental Health as a sexually violent predator. We affirm. Rule 84.16(b).